*Receipt # 11088359*
*$ 2254.63*

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NEW YORK

IN RE:
      UNCLAIMED FUNDS

  The funds belonging to the estates of the debtors named on the attached list having

been disbursed in accordance with applicable orders entered in the said cases, and it

   APPEARING that more than ninety (90) days have elapsed since the final notices

For the said cases, it is

     Albert J. Mogavero, the trustee herein, pay to the Clerk of the U. S. Bankruptcy Court for the Western District of New York, the sum of $ 2254.63   IN 2 CHECKS
 CHECK #  14637 FOR  $ 1458.84
 CHECK #  14638 FOR  $ 795.79
Representing unclaimed funds.

DATED: 8-19-2009

                        _____
                        ALBERT J. MOGAVERO
                        TRUSTEE



FILED AUG 21 2009

| Check Number | Debtor Last Name | Debtor Bk Case # | Amount of Check | Name of Creditor Check Issued To | Creditor Address 1 | Creditor Address 2 | City and State of Creditor | Zip Code |
|---|---|---|---|---|---|---|---|---|
| 819050 | WILSON | 0411531 | 80.89 | CENTENNIAL BANK | 18837 BROOKHURST ST, SUITE 100 | | FOUNTAIN VALLECA | 92708 |
| 820103 | YATES | 0570052 | 5.00 | Chapter 7 Trustee:0570052 | c/o Trustee — JOHN RING, III | | Unknown | |
| 820106 | BRADFORD | 0601903 | 5.00 | Chapter 7 Trustee:0601903 | c/o Trustee — MARK WALLACH | | Unknown | |
| 820109 | ECKENRODE | 0702495 | 5.00 | Chapter 7 Trustee:0702495 | c/o Trustee — MORRIS HORWITZ | | Unknown | 14202 |
| 820110 | MC AVOY, JR. | 0704298 | 71.50 | Chapter 7 Trustee:0704298 | c/o Trustee — HAROLD BULAN | | Unknown | 14202 |
| 820781 | PAUSE | 0415392 | 250.90 | GREAT SENECA FINANCIAL CORP C/O COHEN & SLAMOWITZ, LLP | 199 CROSSWAYS PARK DRIV WOODBURY | | WOODBURY NY | 11797 |
| 821438 | WAGNER | 0415403 | 0.10 | M & T BANK | P O BOX 767 | | BUFFALO NY | 14240076 |
| 821447 | BARNES | 0513663 | 1.81 | M&T BANK | ATT: RECOVERY DEPARTMENT | P O BOX 767 | BUFFALO NY | 14240000 |
| 821743 | KRZYSTEK | 0418684 | 129.75 | NCI PORTFOLIO SERVICES | % WELTMAN, WEINBERG & REIS | 323 WEST LAKESIDE AVE., 2NCLEVELAND | CLEVELAND OH | 44113 |
| 822038 | WILSON | 0411531 | 79.60 | NYS ELECTRIC & GAS CORP. | P.O. BOX 5240 | ATTN: BANKRUPTCY DEPT. | BINGHAMTON NY | 13902524 |
| 822597 | VELAZQUEZ | 0515431 | 23.05 | RMA, INC. | PO BOX 4939 | | TRENTON NJ | 08650 |
| 822621 | LIS | 0317167 | 806.24 | SAGE FINANCIAL, LTD | % UPTON, COHEN ET AL | 199 CROSSWAYS PARK DR. | WOODBURY NY | 11797208 |
| 823742 | POLIZZI | 0316272 | 2.70 | JAMES & CATHLEEN POLIZZI | 72 KNOWLTON AVE. | | KENMORE NY | 14217 |
| 823774 | BURGESS | 0416473 | 4.19 | RICHARD A BURGESS | 15 FAIRDALE AVENUE | | JAMESTOWN NY | 14701 |
| 823781 | CASEY | 0418427 | 27.39 | ANDREW & BERNADINE CASEY | 129 GREENE STREET | | BUFFALO NY | 14206 |
| 823809 | PAYNE | 0518537 | 1.99 | JONATHAN R PAYNE | 5158 SOUTH FREEMAN ROAD | | ORCHARD PARK NY | 14127 |
| 823817 | GLASCOE | 0590560 | 5.00 | BONITA I GLASCOE | 205 GLENWOOD AVENUE | | BUFFALO NY | 14208170 |
| 823831 | JACKSON | 0600432 | 5.01 | STARLETT M JACKSON | 14508 BIG BRUSH LANE | | JACKSONVILLE FL | 32258115 |
| 823841 | HICKS | 0602384 | 5.01 | JACK HICKS | 7043 LAKESIDE DRIVE | | NIAGARA FALLS NY | 14304 |
| 823842 | PEREZ | 0603019 | 5.00 | DARA A PEREZ | 30 WALTHAM AVE. | | LANCASTER NY | 14086 |
| 823845 | DEAN | 0700042 | 5.00 | LAMAR J DEAN | 237 ROUNDS AVE. | | BUFFALO NY | 14201 |
| 823849 | MCINTOSH | 0700670 | 5.00 | TIMOTHY P MCINTOSH | 401 LAMARCK DRIVE | | BUFFALO NY | 14225 |
| 823850 | FANTI | 0701084 | 5.02 | MARGHERITA FANTI | 894 WEST FERRY STREET | | BUFFALO NY | 14209141 |
| 823858 | SZPRYGADA | 0702880 | 5.01 | KEVIN H SZPRYGADA | 282 ABBOTT RD., #4 | | BUFFALO NY | 14220163 |
| 823859 | WALLACE | 0703169 | 20.88 | WILLIAM H WALLACE | 438 CARLTON STREET | | BUFFALO NY | 14211 |
| 823863 | WILSON | 0704807 | 652.50 | ROSHAWN D WILSON | 8 SPRING ST. | | CANASERAGA NY | 14822 |
| 823866 | DAVIS | 0810062 | 31.06 | JOYCE A DAVIS | 212 HASTINGS ST. | | BUFFALO NY | 14215 |
| 823867 | COUSINS | 0810531 | 5.02 | MARY A COUSINS | 104 COLLINS AVE. | | W. SENECA NY | 14224 |
| 823869 | ORTIZ | 0810880 | 5.00 | DORIS E ORTIZ | 704 CLEVELAND DR. | | CHEEKTOWAGA NY | 14225 |
| 823874 | KROLIKOWSKI | 0812455 | 5.01 | KEVIN & PATTY JO KROLIKOWSKI | 5163 BUSSENDORFER ROAD | | ORCHARD PARK NY | 14127 |
| | | | $2,254.63 | | | | | |

Page 1 of 1